| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**BRUCE C. TRUESDALE, P.C.**<br>By: Michael M. Khalil, Esq.<br>ID (MK 4845)<br>147 Union Ave - Suite 1E<br>Middlesex, New Jersey 08846<br>(732) 302-9600<br>Attorney for Debtors |

Order Filed on May 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>JOHN ECKELMANN<br><br>LINDA ECKELMANN | Case No.: 15-29864<br><br>Chapter 13<br><br>Hearing Date: May 19, 2021<br><br>Judge: Hon. Christine M. Gravelle |

### ORDER WAIVING REQUIRMENT FOR DEBTOR TO FILE CERTIFICATION IN SUPPORT OF DISCHARGE

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: May 20, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Eckelmann
Case No. 15-29864
Order Waiving Requirement for Debtor to File Certification in Support of Discharge

---

**THIS MATTER** having been opened to the Court by Michael M. Khalil, Esq., attorney for the Debtors, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof, it is hereby;

**ORDERED** as follows:

The requirement for the Debtor, John Eckelmann, to file a Certification in Support of Discharge is hereby waived.