| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John Eckelmann | Social Security number or ITIN  xxx–xx–3326 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Linda Eckelmann | Social Security number or ITIN  xxx–xx–5956 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  15–29864–CMG | | |

# Order of Discharge                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Eckelmann                                      Linda Eckelmann

<u>5/20/21</u>                                      **By the court:** <u>Christine M. Gravelle</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-29864-CMG |
| John Eckelmann | Chapter 13 |
| Linda Eckelmann | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 20, 2021 | Form ID: 3180W | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Eckelmann, Linda Eckelmann, 13 Linden Avenue, Bordentown, NJ 08505-1911 |
| 515807373 | + | Bank Of America, c/o Hayt, Hayt & Landau LLC, Two Industrial Way, PO Box 500, Eatontown, NJ 07724-0500 |
| 515933341 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515807376 | + | Bruce C. Truesdale, P.C., 147 Union Avenue, Suite 1E, Middlesex, NJ 08846-1063 |
| 515807378 | + | CH Hospitalists Group, PO Box 8500-8567, Philadelphia, PA 19178-0001 |
| 515807384 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218 |
| 515807377 | + | Capital Health Hospitalist Group, PO Box 8500-8567, Philadelphia, PA 19178-0001 |
| 515807379 | + | Charter One, Po Box 42113, Providence, RI 02940-2113 |
| 515807380 | + | Dellcroce & Lee, 2 Capital Way, Suite 390, Pennington, NJ 08534-2522 |
| 515807381 | + | Department of Education, Mohela, PO Box 105347, Atlanta, GA 30348-5347 |
| 515807382 | + | Discover Persoanl Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 515807383 | + | Dow Jones Employee Federal Credit Union, 4300 N. Route 1, Monmouth Junction, NJ 08852-1906 |
| 515807385 | + | Home Infusion Solutions LLC, 1001 South Grand Street, Hammonton, NJ 08037-3375 |
| 515807387 | + | Lifecare Phsyician Services, PO Box 824673, Philadelphia, PA 19182-4673 |
| 515807389 | + | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 515820330 | + | MOHELA/Dept of Ed, 633 Spirit Dr, Chesterfield MO 63005-1243 |
| 515807390 | + | Mercer Bucks Pulmonary Sleep Med PA, 416 Bellvue Avenue, Trenton, NJ 08618-4513 |
| 515807391 | + | Mercer County Surgery Center, c/o Remex Inc., PO Box 765, Rocky Hill, NJ 08553-0765 |
| 515807392 | | Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 20 2021 21:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 20 2021 21:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515807374 | | EDI: BANKAMER.COM | May 21 2021 00:33:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 515807375 | + | EDI: BANKAMER.COM | May 21 2021 00:33:00 | Bank of America, PO Box 851001, Dallas, TX 75285-1001 |
| 515934924 | | EDI: BL-BECKET.COM | May 21 2021 00:33:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515824588 | + | EDI: DISCOVERPL | May 21 2021 00:33:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 515928411 | + | Email/Text: Bankruptcy@absoluteresolutions.com | May 20 2021 21:22:00 | Icon Equities LLC, c/o Absolute Resolutions Corp., 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 515807386 | | Email/Text: PBNCNotifications@peritusservices.com | May 20 2021 21:23:00 | Kohls, PO box 2983, Milwaukee, WI 53201-2983 |
| 515807388 | + | EDI: RMSC.COM | May 21 2021 00:33:00 | Lowe's, Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 515869337 | | Email/Text: camanagement@mtb.com | May 20 2021 21:23:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 515947202 | + | EDI: MID8.COM | May 21 2021 00:33:00 | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516002864 | | EDI: PRA.COM | May 21 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 515807393 | + | EDI: RMSC.COM | May 21 2021 00:33:00 | Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 515807394 | + | EDI: WTRRNBANK.COM | May 21 2021 00:33:00 | Target, Bankruptcy Dept, P.O. Box 1327, Minneapolis, MN 55440-1327 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor John Eckelmann brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Bruce C. Truesdale | on behalf of Joint Debtor Linda Eckelmann brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank bankruptcynotice@zuckergoldberg.com bkgroup@kmllawgroup.com |
| Michael M Khalil | on behalf of Joint Debtor Linda Eckelmann mkhalilecf@gmail.com |
| Michael M Khalil | on behalf of Debtor John Eckelmann mkhalilecf@gmail.com |
| Rebecca Ann Solarz | |

District/off: 0312-3     User: admin     Page 3 of 3

Date Rcvd: May 20, 2021     Form ID: 3180W     Total Noticed: 33

on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com

TOTAL: 8