| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**BRUCE C. TRUESDALE, P.C.**<br>By: Michael M. Khalil, Esq.<br>ID (MK 4845)<br>147 Union Ave - Suite 1E<br>Middlesex, New Jersey 08846<br>(732) 302-9600<br>Attorney for Debtors | Order Filed on May 20, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JOHN ECKELMANN<br><br>LINDA ECKELMANN | Case No.: 15-29864<br><br>Chapter 13<br><br>Hearing Date: May 19, 2021<br><br>Judge: Hon. Christine M. Gravelle |

### ORDER WAIVING REQUIRMENT FOR DEBTOR TO FILE CERTIFICATION IN SUPPORT OF DISCHARGE

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_2_____ is hereby **ORDERED**.

**DATED: May 20, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Eckelmann
Case No. 15-29864
Order Waiving Requirement for Debtor to File Certification in Support of Discharge
_____

**THIS MATTER** having been opened to the Court by Michael M. Khalil, Esq., attorney for the Debtors, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof, it is hereby;

**ORDERED** as follows:

> The requirement for the Debtor, John Eckelmann, to file a Certification in Support of Discharge is hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 15-29864-CMG
John Eckelmann  Chapter 13
Linda Eckelmann
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 20, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + John Eckelmann, Linda Eckelmann, 13 Linden Avenue, Bordentown, NJ 08505-1911

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Bruce C. Truesdale
    on behalf of Joint Debtor Linda Eckelmann brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Bruce C. Truesdale
    on behalf of Debtor John Eckelmann brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor M&T Bank bankruptcynotice@zuckergoldberg.com  bkgroup@kmllawgroup.com

Michael M Khalil
    on behalf of Joint Debtor Linda Eckelmann mkhalilecf@gmail.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 20, 2021 | Form ID: pdf903 | Total Noticed: 1

Michael M Khalil
        on behalf of Debtor John Eckelmann mkhalilecf@gmail.com

Rebecca Ann Solarz
        on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com

TOTAL: 8